UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| WILLIAM CHRISTIN,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Civil No. C17-5233 RSM<br><br><br><br>ORDER |

It is hereby ORDERED that the Commissioner's final decision should be reversed and remanded in accordance with sentence four of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge will update and reevaluate the medical evidence, including the evidence the Appeals Council incorporated, give Plaintiff a *de novo* hearing, reassess the claimant's residual functional capacity, with special attention to the provisions of Social Security Rulings 85-15, 85-16 and 96-8p; and if necessary, obtain supplemental evidence from a vocational expert to clarify the effect of the limitations on the occupational base; and issue a new decision. Upon proper application, Plaintiff shall be eligible for attorneys' fees under the Equal Access to Justice Act, 24 U.S.C. § 2412 et seq.

DATED this 31st day of August 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ David J. Burdett
DAVID J. BURDETT
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2522
Fax: (206) 615-2531
david.burdett@ssa.gov