UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM E CHRISTIN, | ) |
|     Plaintiff, | ) CIVIL NO. 3:17-cv-05233-RSM |
| vs. | ) ORDER FOR EAJA FEES, COSTS, AND ) EXPENSES |
| NANCY BERRYHILL, Acting Commissioner of Social Security, | ) ) ) |
|     Defendant. | ) ) |

Based upon Plaintiff's Motion for EAJA Fees, Costs, and Expenses, it is hereby ORDERED that attorney's fees in the total amount of $5,427.82 (which is for work performed by Jeffrey Baird in the amount of $4,448.07 plus work performed by Elie Halpern in the amount of $979.75) and expenses in the amount of $4.12 (for postage, long distance calls, and fax charges) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $27.40 (for photocopies and filing fee) pursuant to 28 U.S.C. § 1920; 31 U.S.C. § 1304(a), shall:

1. Be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. 586; 130 S. Ct. 2521 (2010) and delivered via check to Plaintiff's counsel, Elie Halpern, at his office at Halpern Olivares PLLC, 1800 Cooper Pt. Road SW, Bldg. 19, Olympia, WA 98502; however,

2. If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA

ORDER FOR EAJA FEES, COSTS, AND EXPENSES – «F494»1

Halpern Olivares PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055, Fax: (360) 753-8584
ehalpern@aol.com

| | |
|---|---|
| 1 | fees, expenses, and costs shall be made payable to Plaintiff's attorney, Elie Halpern, and delivered via check to Mr. Halpern's office at Halpern Olivares PLLC, 1800 Cooper Pt. Road SW, Bldg. 19, Olympia, WA 98502. |

DATED this 20th day of October 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/Elie Halpern
Elie Halpern, WSB No. 1519
Attorney for Plaintiff

ORDER FOR EAJA FEES, COSTS, AND EXPENSES – «F494»2